B"H

FILING FEE
PAID _NO_
In Forma Pauperis _NO_
Angela E. Noble, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE No. 1:17-CV-24440-DPG

FILED BY _PG_ D.C.
JAN 0 2 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

JAMES PRICE,

    Plaintiff,

v.

NATIONAL SECURITY AGENCY,

    Defendant.
_____/

REC'D BY _____ D.C.
JAN 0 3 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF APPEAL

**COMES NOW,** James Price ("the Plaintiff"), and files this, his Notice of Appeal in the above styled case, and hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the decision(s) of this Court entered on September 26, 2019 [ECF Nos. 56-57] and December 5, 2019 [ECF No. 59].

DATED: December 30, 2019

                              Respectfully Submitted,

                              _/s/ James Price_
                              James Price
                              USM No. 98922004
                              Plaintiff
                              Federal Correctional Institution
                              P.O. Box 779800
                              Miami, Florida 33177-9800
                              Tel.: 305-259-2268
                              Fax: 305-259-2383
                              Email: PriceJamesE@Outlook.com

James Price
USM 98922004
Federal Correctional Institution
P. O. Box 779800
Miami, FL 33177-9800






**LEGAL MAIL**

United States District Court
For the Southern District of Florida
United States Federal Courthouse
400 North Miami Avenue, RM: 8N09
Miami, Florida 33128-7716

33128-771699

Appeals

**USMS INSPECTED    RECEIVED**

JAN 02 2020
1:16 PM

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING
TO YOU. THE LETTER HAS NEITHER BEEN OPENED
NOR INSPECTED. IF THE WRITER RAISES A
QUESTION OR PROBLEM OVER WHICH THIS
FACILITY HAS JURISDICTION, YOU MAY WISH TO
RETURN THE MATERIAL FOR FURTHER
INFORMATION OR CLARIFICATION. IF THE
WRITER ENCLOSES CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE, PLEASE
RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

INITIALS

12-30-19